Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail _steven_rohlfing.office@speakeasy.net

Attorneys for Plaintiff  CELESTE CLARK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| CELESTE CLARK, | Case No.:   1:09-CV-01249 SMS |
| Plaintiff, | SECOND STIPULATION TO EXTEND BRIEFING SCHEDULE; |
| vs. | ORDER |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant | |

Plaintiff Celeste Clark ("Plaintiff") and defendant Michael Astrue, Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to extend the time for Plaintiff to file Plaintiff's Opening Brief to April 23, 2010; and that Defendant shall have until May 24, 2010, to file his opposition, if any is forthcoming.

-1-

1  A second extension of time is needed in order to properly address the issues
2 within the 689 page administrative record in this matter.  Counsel sincerely
3 apologizes to the court for any inconvenience this may have had upon it or its staff.
4
5 DATE: April 20, 2010           Respectfully submitted,
6                                LAW OFFICES OF LAWRENCE D. ROHLFING
7                                          /s/ Steven G. Rosales
                                BY: _____
8                                  Steven G. Rosales
                                   Attorney for plaintiff CELESTE CLARK
9
10 DATED:  April 20, 2010         BENJAMIN WAGNER
                                  United States Attorney
11
12
13                                */S/-*Elizabeth Firer*
14                                _____
                                  Elizabeth Firer
15                                Special Assistant United States Attorney
                                  Attorney for Defendant
16                                [*Via email authorization]
17
18
19
20
21
22
23
24
25
26

-2-

PDF created with pdfFactory trial version www.pdffactory.com

1  IT IS HEREBY ORDERED that plaintiff may have an extension of time, to
2 and including April 23, 2010, in which to file Plaintiff's Opening Brief; Defendant
3 may have an extension of time to May 24, 2010 to consider the contentions raised
4 in Plaintiff's Opening Brief, and file any opposition if necessary.
5  IT IS SO ORDERED.
6 DATE:  April 21, 2010

       /s/ Sandra M. Snyder
       THE HONORABLE SANDRA M. SNYDER
       UNITED STATES MAGISTRATE JUDGE

PDF created with pdfFactory trial version www.pdffactory.com